NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TERESA M. GAFFNEY, individually;      )
SARAH K. SUSSMAN, individually and    )
as Trustee for The Sussman Family     )
Trust dated January 19, 2012,         )
                                      )
          Appellants,                 )
                                      )
v.                                    )          Case No. 2D15-5735
                                      )
PHILLIP A. BAUMANN, as Administrator  )
ad Litem of the Estate of John J. Gaffney, )
Deceased,                             )
                                      )
          Appellee.                   )
_____)

Opinion filed January 27, 2017.

Appeal from the Circuit Court for
Hillsborough County; Paul L. Huey, Judge
(recused 4/29/16).

Dov Sussman, Tampa, for Appellants.

Michael R. Kangas of Phillip A.
Baumann, P.A., Tampa, for Appellee.


PER CURIAM.

          Dismissed as an appeal from a nonfinal, nonappealable order.


CASANUEVA, WALLACE, and LaROSE, JJ., Concur.